## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CORDARIOUS WILLIS**                                                            **PLAINTIFF**
**ADC #162742**

**v.**                              **No: 4:21-cv-926-DPM**

**CHYNNA THOMAS, Correctional Sergeant,**
**Arkansas Division of Correction, and**
**RODERICK JOHNSON, Corporal,**
**Correctional Officer, Arkansas Division**
**of Correction**                                                            **DEFENDANTS**

### ORDER

The Court adopts the Magistrate Judge's unopposed partial recommendations as modified, *Doc. 33 & 44*.  FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).  In his complaint, Willis says that he was deprived of his legal and religious materials and some personal items.  *Doc. 2 at 8 & 13*.  But he hasn't shown any threat of irreparable harm.  *Goff v. Harper*, 60 F.3d 518, 520 (8th Cir. 1995). Despite the alleged deprivation, he is litigating this case with vigor. And the prison officials said that Willis has access to legal materials, but he has failed to properly request them. *Doc. 32 at 3.* Willis's motions for preliminary injunctive relief, *Doc. 29 & 38*, are denied without prejudice.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

_18 November 2022_