# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CORDARIOUS WILLIS**                                                    **PLAINTIFF**
**ADC #162742**

v.                                      **No: 4:21-cv-926-DPM**

**CHYNNA THOMAS, Correctional Sergeant,**
**Arkansas Division of Correction and**
**RODERICK JOHNSON, Corporal,**
**Correctional Officer, Arkansas Division**
**of Correction**                                                      **DEFENDANTS**

## ORDER

The Court adopts Magistrate Judge Kearney's unopposed recommendation, *Doc. 82.* Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 59,* granted. Willis's complaint will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 April 2023