IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORDARIOUS WILLIS**                                       **PLAINTIFF**
ADC #162742

v.                        No: 4:21-cv-926-DPM

**CHYNNA THOMAS, Correctional Sergeant,**
Arkansas Division of Correction and
**RODERICK JOHNSON, Corporal,**
Correctional Officer, Arkansas Division
of Correction                                               **DEFENDANTS**

## JUDGMENT

Willis's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 April 2023