IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORDARIOUS Q. WILLIS**                                                              **PLAINTIFF**
**ADC #162742**

v.                               No. 4:21-cv-926-DPM

**CHYNNA THOMAS, Correctional**
**Sergeant, Arkansas Division of**
**Correction and RODERICK**
**JOHNSON, Corporal, Correctional**
**Officer, Arkansas Division of Correction**         **DEFENDANTS**

### ORDER

Motion, *Doc. 91*, granted. Brittany Edwards is relieved as counsel for Thomas and Johnson.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

2 May 2023