IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORDARIOUS WILLIS**  PLAINTIFF
ADC #162742

v.   No. 4:21-cv-926-DPM

CHYNNA THOMAS, Correctional Sergeant,
Arkansas Division of Correction and
RODERICK JOHNSON, Corporal,
Correctional Officer, Arkansas Division
of Correction   DEFENDANTS

JUDGMENT

Willis's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 December 2023